

2:25-cv-8210-MWC

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case: 2:25cv8210  Doc: 145

April  Chandler
200 Washington Avenue
#7181
Endicott, NY 13760

Case 2:25-cv-08210-MWC-PVC    Document 157    Filed 09/22/25    Page 2 of 3    Page ID #:73

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: April Chandler
200 Washington Avenue
#7181
Endicott NY 13760
--Case Participants: Benjamin M. Burdick (ben@burdick.law), Leonard F. Lesser (llesser@simonlesser.com), Nathaniel Levy (nlevy@simonlesser.com), Magistrate Judge Pedro V. Castillo (crd_castillo@cacd.uscourts.gov), Judge Michelle Williams Court (crd_court@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40887771@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-08210-MWC-PVC April Chandler v. Mark Skipper et al Notice of Receipt of Case Transferred in - optional html form
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/8/2025 at 5:30 PM PDT and filed on 9/8/2025

| | |
|---|---|
| **Case Name:** | April Chandler v. Mark Skipper et al |
| **Case Number:** | 2:25-cv-08210-MWC-PVC |
| **Filer:** | |
| **Document Number:** | 145 |

**Docket Text:**
**NOTICE OF RECEIPT OF CASE TRANSFERRED IN: Formerly Case Number: 3:24-cv-00206, from Northern District of New York. The above-referenced case has been transferred to this district and assigned the above civil case number 2:25-cv-08210. (mza)**

**2:25-cv-08210-MWC-PVC Notice has been electronically mailed to:**
Nathaniel Levy    nlevy@simonlesser.com
Leonard F. Lesser    llesser@simonlesser.com
Benjamin M. Burdick    ben@burdick.law
**2:25-cv-08210-MWC-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
April Chandler