Name: Michael Maloy

Address: 440 N Venice Blvd

Venice, CA 90291

Phone Number: 310-962-3122

Email Address: maloytv@mac.com

*Pro Se*

```
FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| April Chandler | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-CV-8210-MWC-PVCx |
| v. | |
| Michael Maloy | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the ☐ Plaintiff ☒ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 9/12/25                                                Signature: /s/

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING



LOS ANGELES CA 900
16 SEP 2025 PM 12 L

The Honorable Judge Michelle Williams Court
United States District Court
Central District of California
U.S. Courthouse
350 W. 1st Street
Los Angeles, CA 90012
Attention: Request for Electronic Filing

90012-456586

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Michael Maloy
440 N Venice Blvd
Venice, CA 90291

Case 2:25-cv-08210-MWC-PVC    Document 158    Filed 09/19/25    Page 3 of 3    Page ID #:77