**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| APRIL CHANDLER, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | LA CV25-08210-MWC-PVC |
| MARK SKIPPER, et al., | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _Plaintiff_ _____ is hereby:

[✓] **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: October 2, 2025

*/s/ signature/*

United States District/Magistrate Judge

[ ] **DENIED**
*Comments:*

Dated: _____

United States District/Magistrate Judge