UNITED STATES DISTRICT COURT

Central District of California



| | |
|---|---|
| APRIL CHANDLER. ) | Case No. 2:25-cv-08210 |
| Plaintiff ) | |
| -against- ) | STATUS REPORT |
| MARK SKIPPER AKA SKIP ARCHIMEDES, ) MICHAEL MALOY, EMPIRICAL MEDIA. ) | |
| Defendants ) | |

Dear Honorable Judge Williams Court,

As per order ECF 155, I am respectfully submitting a status report to show cause against dismissal for lack of prosecution as to Mark Skipper aka Skip Archimedes.

Entry of default was entered against Mark Skipper in New York, ECF 118. I did submit a Motion for Default Judgement, but after approximately 15 months, my motion was denied, ordered for me to resubmit in California. Unfortunately, until yesterday I have not been able to access PACER since the case transferred to the Central District of California, and my mail was returned due to a technical error at the United States Postal Service, which has now been rectified. I have therefore submitted a new Motion for Default Judgement against Mark Skipper.

1

Thomas Harrison claimed to the Northern District of New York that the Harrison Thomas Group LLC is not owned by him and he has since closed down his company and therefore I respectfully request that action is dismissed against Harrison Thomas Group LLC.

Signed: _____

Plaintiff

Date: 09/30/2025