UNITED STATES DISTRICT COURT

Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
09/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    GSA    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

| | | |
|---|---|---|
| APRIL CHANDLER. | ) ) | Case No. 2:25-cv-08210 |
| Plaintiff | ) ) ) | |
| -against- | ) ) ) | **REQUEST TO ENTER DEFAULT** |
| | ) ) | |
| MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA. | ) ) ) ) | |
| Defendants | ) ) | |

**APPLICATION FOR ENTRY OF DEFAULT AND SUPPORTING AFFIDAVIT**

     COME NOW the Plaintiff, April Chandler, Pro Se kindly requests the Clerk, pursuant to Rules of Civil Procedure, to enter default against Defendant Empirical Media LLC, a California entity in the above entitled action for failure to plead, answer or otherwise defend as set forth in the Supporting Affidavit attached hereto.

The party against whom it seeks a judgment of affirmative relief is not an infant, in the military, or an incompetent person.

Dated: Broome County, New York

September 30th, 2025

                                                               Respectfully submitted,

                                                               _____

                                                               April Chandler