FILED
CLERK, U.S. DISTRICT COURT

10/2/2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Michael Maloy
*Pro se*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER,<br><br>*Plaintiff,*<br><br>*v.*<br><br>MARK SKIPPER aka SKIP ARCHIMEDES; MICHAEL MALOY; EMPIRICAL MEDIA LLC.<br><br>*Defendants.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br>**MOTION FOR CLARIFICATION** |

## INTRODUCTION

Defendant Michael Maloy respectfully requests this Court clarify which claims it is considering in this case.

## REQUEST

According to the defendant's reading of Judge Suddaby's Decision and Order, ECF No. 142, all claims against him have been dismissed except those relating to Copyright Infringement which would be the Five Causes of Action in the Plaintiff's Second Amended Complaint, ECF No. 99, i.e. 1) Direct Copyright Infringement – Public Performance; 2) Direct Copyright Infringement – Reproduction; 3) Inducement of Copyright Infringement; 4) Contributory Copyright Infringement; and 5) Vicarious Copyright Infringement. Is this a correct reading of the Decision and Order?

Respectfully submitted,

Michael Maloy

*Pro Se*

October 2, 2025