Michael Maloy
*Pro se*

FILED

CLERK, U.S. DISTRICT COURT

10/7/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____GSA_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER,<br><br>*Plaintiff,*<br><br>v.<br><br>MARK SKIPPER aka SKIP ARCHIMEDES; MICHAEL MALOY; EMPIRICAL MEDIA LLC.<br><br>*Defendants.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br>**MOTION TO SEVER MISJOINED DEFENDANT** |

## INTRODUCTION

Defendant Michael Maloy hereby moves this Court, pursuant to Federal Rule of Civil Procedure 21, to sever the claims against Defendant Empirical Media LLC on the grounds of misjoinder.

## STATEMENT OF FACT

Misjoinder occurs when a lawsuit improperly includes a person or entity that should not be included in the lawsuit at all, or is not connected to the central claims.

## ARGUMENT

The surviving allegations in Plaintiffs Second Amended Complaint (SAC) ECF No. 99 , meritless as they are and devoid of any factual enhancement, only associate Defendant Maloy with any claim or cause of action.

1

Defendant Empirical Media LLC (EM) a sole-member S Corp owned by Defendant

Maloy, is neither directly named or implicated in any of the claims and therefore plaintiff does

not have a valid cause of action against it.

Furthermore, it is believed the inclusion of EM in the complaint was a deliberate attempt

to complicate the proceedings and place an undue burden on the Defendant.

Severance is the just and efficient remedy. Severing the misjoined party from the SAC

will prevent confusion and prejudice and promote judicial efficiency.

## CONCLUSION

For the foregoing reasons, Defendant Michael Maloy respectfully requests that the Court

enter an order severing the claims against Defendant Empirical Media LLC.

Respectfully submitted,

Michael Maloy

*Pro Se*

October 7, 2025

2