Michael Maloy
*Pro se*

FILED

CLERK, U.S. DISTRICT COURT

10/7/2025

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER,<br><br>*Plaintiff,*<br><br>v.<br><br>MARK SKIPPER aka SKIP ARCHIMEDES; MICHAEL MALOY; EMPIRICAL MEDIA LLC.<br><br>*Defendants.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S  REQUEST TO ENTER DEFAULT** |

## INTRODUCTION

On September  30, 2025, plaintiff April Chandler filed a request to enter default with this Court which claimed that defendant Empirical Media LLC failed to plead, answer or otherwise defend, ECF No. 155. Defendant Michael Maloy on behalf of Empirical Media LLC hereby moves this Court, pursuant to Federal Rule of Civil Procedure 55(c) , to summarily deny the request for the following reasons.

## ARGUMENT

Federal Rule of Civil Procedure 55(c) states that a court may set aside an entry of default or request to enter same for good cause shown. "Good cause shown" is a flexible standard that allows the court discretion in determining its decisions.

1

In this matter Defendant Maloy is presenting the following "good cause" argument on behalf of Empirical Media LLC (EM).

On September 16, 2025, Defendant Maloy entered his answer, ECF No. 152, to Plaintiff's SAC, ECF No. 99. As both he and EM had previously been referred to as 'Maloy Defendants', he had a good faith belief that this answer sufficed for EM as well.

Further, any alleged failure to timely respond to the complaint was technical at most and not an acceptance of liability.

In addition, Defendant Maloy has a pending Motion To Sever before this court. Granting plaintiff's request would seem to be premature until that motion is ruled on.

## **CONCLUSION**

For the foregoing reasons, Defendant Michael Maloy respectfully requests that the Court use its discretion to deny plaintiff's request for an entry of default against Defendant Empirical Media LLC.

Respectfully submitted,

_____

Michael Maloy

*Pro Se*

October 7, 2025

2