UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL MALOY<br><br>        Defendant | CASE NO.: 2:25-CV-8210-MWC-PVC<br><br>**PROOF OF SERVICE** |

I, Michael Maloy, MAKE OATH AND SAY THAT:

On October 7, 2025, I served a true copy of the attached Motion To Sever to the plaintiff by mailing it in a sealed envelope, with postage prepaid, in a post office within the State of California, addressed to the last known address of the plaintiff as follows:

April Chandler

200 Washington Avenue

#7181

Endicott, NY 13760

In addition, on October 7, 2025, I served a true copy of the attached Answer To Second Amended Complaint to defendant Mark Skipper aka Skip Archimedes via email.

PROOF OF SERVICE - 1

1

2  10/7/25

3  Dated                                Signature

4

5  Michael Maloy                        440 N. Venice Blvd, Venice, CA 90291

6  Name                                 Address

7  310-962-3122                         Maloytv@mac.com

8  Telephone Number                     Email Address

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE - 3