FILED
CLERK, U.S. DISTRICT COURT
10/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

April Chandler

Plaintiff(s),

v.

Mark Skipper aka Skip Archimedes, Michael Maloy and Empirical Media LLC

Defendant(s).

CASE NUMBER
2:25-cv-08210

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) <u>Harrison Thomas Group</u> _____ is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>April Chandler</u> _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

10/20/2025 _____
Date

_____
Signature of Attorney/Party

**NOTE:** ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*