FILED

CLERK, U.S. DISTRICT COURT

10/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

APRIL CHANDLER,

          Plaintiff,

vs.

MARK SKIPPER aka SKIP ARCHIMEDES;

MICHAEL MALOY; EMPIRICAL MEDIA

LLC

Case No.: 2:25-CV-8210-MWC-PVC

**<u>DECLARATION OF MICHAEL MALOY</u>**

I, MICHAEL MALOY, hereby declare and state as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Defendant in this action and over the age of eighteen years. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the same and provide ample documentary evidence.

2. I am an independent creative professional in the non-fiction television and documentary field. For the past twenty years my title has been Executive Producer, known informally as a 'Showrunner'. In that capacity I guide projects from inception to completion and delivery. In addition, I am often called upon to 'fix' shows that have experienced problems during the post-production phase.

DECLARATION OF MICHAEL MALOY - 1

3.    My clients seek me out for my creative skill and original thought.  My work has been seen by millions of people around the world and I have been awarded the industry's highest honors including Emmy and Peabody.

4.    On December 6, 2022, I  was introduced by my manager Tom Harrison to plaintiff April Chandler via email with a request to review her speculative non-fiction project 'Free Kick' to see if I might be interested in becoming an Executive Producer and Showrunner on it.

5.    I had not known Ms. Chandler prior to this. After much discussion I decided to pass on the project.

6.    On  December 28, 2022, Ms. Chandler expressed via email interest in my services to 'fix' a documentary film she claimed to have produced, "Fountain of Youth."  She sent me a link to a rough cut of the film and expressed her dissatisfaction with its current status.

7.    On December 29, 2022, I watched "Fountain of Youth."  I saw its many flaws but was confident that I could make something better and expressed this to Ms. Chandler. I outlined the simple but significant changes that were needed, which included an opening sequence to set up the premise of the film;  ordering the content into clearly defined topics; adding graphics, stock footage and new music to supplement the interview content and introducing a narrator to tie everything together, all of which the film lacked.  A true and correct copy of this email was attached in ECF No. 54, Exhibit A, page 1.

8.    Ms. Chandler accepted my premise for the new film and expressed her desire to engage my services, so on January 5, 2023, I sent her a "draft letter of agreement" to formalize the business arrangement between us.  A true and correct copy of this email was attached in ECF No. 54, Exhibit A, page 3.  A true and correct copy of the letter ("FOY LOA.doc") attached to that email is attached in ECF No. 54, Exhibit B.

DECLARATION OF MICHAEL MALOY - 2

9. On January 23, 2023, Ms. Chandler sent back a signed copy of the letter and I countersigned the same. A true and correct copy of the email exchange was attached in ECF No. 54, Exhibit A, page 5. A true and correct copy of the countersigned letter ("FOY LOA.pdf") attached to that email was included in ECF No. 54, Exhibit C.

10. Exhibit C represents the only written agreement between myself and Ms. Chandler for the film "Fountain of Youth." I drafted this agreement. Neither Ms. Chandler nor anyone from her company, Mephobia Media, ever sent me any proposal for a different contract.

11. Although Ms. Chandler signed the agreement, which obliged her to make an initial payment towards the new film's budget upon signing, she failed to do so and has been technically in breach ever since.

12. After a protracted delay of seven months Ms. Chandler finally sent the media, which consisted primarily of interviews with subject matter experts necessary for me to begin revising the film. However, she had still failed to honor her contractually mandated payments. In the interim period I created trailers for two of her speculative projects ,'The Forgotten' and 'Buzz' for which I was paid as an individual a total of $10,000 from her personal Apple Pay account.

13. Upon receiving the media drives I started in good faith to create the new film even though I had not yet been paid. At the time Ms. Chandler was in a 'circle of trust' due to her endorsement by my manager. In addition, I had not taken the assignment for purely monetary reasons. Its pro-social subject matter interested me and I had more than a passing knowledge of it. I figured the business affairs would eventually be worked out and knew I could create something meaningful.

DECLARATION OF MICHAEL MALOY - 3

14.     I began structuring the new narrative which involved drafting scripts, licensing footage and music to supplement the media Ms. Chandler provided and forming the vision necessary to make the film distinctive. All of this was done without her input or participation.

15.     I created the new film act-by-act, recording scratch narration using my own voice, sending her review copies of each act along with their scripts.

16.     Ms. Chandler had prior agreed at my suggestion to be the narrator and she recorded her voice which was then be placed in the film. She was extremely pleased with the results, up to and including delivery of the final cut of the film.

17.     In early September of 2023 I received, unbidden, information that started to put in doubt Ms. Chandler's veracity about the origins of the project and her involvement with it. I have a background in journalism and started investigating. I learned that the film, originally titled "Eternal Youth" had passed through many hands before Ms. Chandler became involved. Several versions of the film had been posted publicly dating back to 2015 and up to 2017, none of which indicated any involvement by Ms. Chandler and all bore a striking resemblance to the version of the film Ms. Chandler had sent me in 2022. Each was copyrighted to a different entity than hers. I kept these doubts to myself and continued to investigate.

18.     On September 26, 2023 I posted a finished version of the new film, now titled "Quest for Youth," to my Vimeo account. It was password protected and distributed to only Ms. Chandler and Tom Harrison. It was meant solely for review purposes. It contained a 'time code window', i.e. a visual display of elapsed hours, minutes, seconds and frames. This is a customary practice and allows a client to provide specific notes and protects the film from piracy.

DECLARATION OF MICHAEL MALOY - 4

19.     The finished film had a running time of 85 minutes of which 42 minutes consisted of footage that I licensed and own rights to. In addition, all music and sound effects were similarly licensed by me, totaling 78 minutes of the film's running time.

20.     The finished film was met with great enthusiasm and a plan was put together to market it to buyers such as Netflix, Hulu and Amazon. Ms. Chandler created a deck which featured my name, image and bio, listing me as Executive Producer and Writer. I created a trailer for the film to facilitate its marketing.

21.     On December 7, 2023 Ms. Chandler indicated she had been offered a distribution agreement for foreign sales of the film but did not reveal who the distributor was.

22.     In the intervening period, I continued investigating the provenance of the original film and found three salient facts: 1) The subject matter interviews were filmed in 2009, 2011 and 2015. The person who conducted the interviews was not Ms. Chandler as she had claimed; 2) Another individual claimed in 2015 to be the director and producer of the film and made no mention of Ms. Chandler; 3) In 2019, Defendant Mark Skipper brought claims in California Superior Court against Ms. Chandler which indicated he owned the rights to the film and footage Ms. Chandler had claimed was hers. I realized that I was involved with a project that might put me in legal jeopardy from competing rights claimants.

23.     With all of this in mind, on December 15 2023, I emailed my manager Tom Harrison with a request to be sent to Ms. Chandler in which I asked to be removed from the project. In it I offered resolutions to the issues, all of which were ignored, ECF No. 122, Exhibit 15.

24.     To protect my intellectual property rights and prevent unauthorized exploitation of them, I filed a copyright claim as author of the film "Quest for Youth" with the United Sates Copyright Office on January 14th and was granted same on February 13, 2024.

DECLARATION OF MICHAEL MALOY - 5

25.     When I learned that the distributor who Ms. Chandler claimed to have an agreement with for foreign sales of the film was Big Media, I went on their website and saw that not only was the trailer of the film posted which is customary, but the full-length review copy of the film as well which I had not authorized.

26.     On January 17, 2024 I emailed Big Media, advising them that Ms. Chandler did not have full rights to the film. In it I made no demands nor sought any compensation, ECF No. 122, Exhibit 2.

27.     As of this date I have not been paid anything for my work on the film and Ms. Chandler remains in breach of our contractual agreement.

28.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

_____

Michael Maloy

*Pro Se*

October 25, 2025

DECLARATION OF MICHAEL MALOY - 6