UNITED STATES DISTRICT COURT

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY_____CS_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

_____

APRIL CHANDLER.   )
)
          Plaintiff   )
)
  -against-   )
)
)
)
MARK SKIPPER AKA SKIP ARCHIMEDES,   )
MICHAEL MALOY, EMPIRICAL MEDIA LLC.   )
)
)
          Defendants   )
_____   )

Case No. 2:25-cv-08210-MWC

**Notice of Motion**
**To Amend Complaint**

PLEASE TAKE NOTICE that upon the annexed affirmation and exhibits, the undersigned will move this United States District Court at the Central District of California, located at First Street U.S. Courthouse, Los Angeles, Courtroom 6A, 6th Floor, on **December 12th, 2025**, at **1.30pm** or as soon thereafter as counsel can be heard, for an order:

1. To grant the motion to amend complaint, **ECF 193**, as per Honorable Judge Williams Court's order, **ECF 173**.

2. Any other relief the court deems just and proper.

The grounds for this motion are as follows:

1. On October 2, 2025, Defendant Michael Maloy filed a motion for clarification seeking to clarify which claims remain, **ECF 171**. In response, Honorable Judge Williams clarified which claims are remaining 1-6 based on infringement under the Copyright Act, 17 U.S.C. § 501, and set the deadline of October 31, 2025, **ECF 173**, for the Plaintiff to file an amendment to the current pleading if she so wishes. Although the Plaintiff did not initially intend to amend, in light of Maloy's motion, it is now prudent to streamline the process by removing dismissed causes of action and information specific to the dismissed defendants. This will simplify matters for the Court, as well as for Maloy, Empirical Media LLC, and Mark Skipper aka Skip Archimedes.

Dated: 10/31/2025

                                                    Respectfully submitted,

                                                    _____
                                                    April Chandler
                                                    Pro se