FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

Central District of California

|  |  |  |
|---|---|---|
| APRIL CHANDLER. | ) | Case No. 2:25-cv-08210-MWC |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| -against- | ) | **Notice of** |
|  | ) | **Motion for Compliance** |
|  | ) |  |
| MARK SKIPPER AKA SKIP ARCHIMEDES, | ) |  |
| MICHAEL MALOY, EMPIRICAL MEDIA LLC. | ) |  |
|  | ) |  |
| Defendants | ) |  |

PLEASE TAKE NOTICE that upon the annexed affirmation and exhibits, the undersigned will move this United States District Court at the Central District of California, located at First Street U.S. Courthouse, Los Angeles, Courtroom 6A, 6th Floor, on **December 12th, 2025**, at **1.30pm** or as soon thereafter as counsel can be heard, for an order:

1. To grant the motion for compliance against Defendants Empirical Media LLC and Michael Maloy.

2. Any other relief the court deems just and proper.

The grounds for this motion are as follows:

1

1. Defendant Michael Maloy ("Maloy") is acutely aware that he has been ordered by Honorable U.S. District Judge Suddaby numerous times to ensure that his company, Defendant Empirical Media LLC ("Empirical") is represented by a licensed attorney, as outlined in ECF 17 and ECF 23. After Honorable Judge Suddaby's last Order and the risk of a default judgment against Empirical, Maloy hired an attorney to jointly represent himself and Empirical, ECF 32.
2. Honorable Judge Suddaby denied Maloy and Empirical's motion to dismiss, affirming the validity of the copyright claims 1-6 against both Maloy and Empirical, transferred to the Central District of California, underscoring the court's acknowledgment of the relevant issues at hand.
3. As pro se, Maloy filed an opposition to the entry of default on behalf of Empirical, ECF 178, violating previous court orders (ECF 17 and ECF 23).
4. Maloy intentionally misled this Court by alluding that both he and Empirical had filed a response to Plaintiff's Amended Complaint as "Maloy Defendants", when in fact, only he, acting as a pro se litigant, submitted a response on his own behalf. As a result, the representation of his company was not properly addressed, which undermined the validity of Plaintiff's motion for default against Empirical Media LLC that was subsequently mooted, along with the motion for default judgment against Defendant Mark Skipper aka Skip Archimedes.
5. Defendant Michael Maloy's bad faith continues in his filing of a Joint Report under Rule 26(f) Discovery Plan, **ECF 191**, in which he falsely claims that *"their 'meet and confer' communications were unproductive."* It is important to note that Plaintiff was instructed by Maloy's previous attorney not to contact him, which is why she sought guidance from the Court. Furthermore, Maloy did not initiate any outreach to Plaintiff to facilitate a meeting. Consequently, the assertion that *"Plaintiff April Chandler has failed to provide a Joint Rule*

*26(f) Report… and their 'meet and confer' communications were unproductive"* is unfounded and misleading. This misrepresentation appears to be yet another attempt by Maloy to gain favor with the Court while improperly representing his company, *"Defendants Michael Maloy and Empirical Media (Maloy Defendants),"* despite repeated orders clarifying that he cannot do so, and that Empirical Media LLC must be represented by a licensed attorney.

Dated: 10/31/2025

                                          Respectfully submitted,

                                          _____

                                          April Chandler
                                          Pro se