UNITED STATES DISTRICT COURT

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY      CS      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| APRIL CHANDLER. <br><br> Plaintiff <br><br> -against- <br><br><br> MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA LLC. <br><br> Defendants | Case No. 2:25-cv-08210 <br><br> **Declaration** |

**Declaration in Support of Motion For Compliance Against Defendants Michael Maloy and Empirical Media LLC.**

I, April Chandler, hereby declare as follows:

1.  I am the Plaintiff in this matter and have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to these facts.

2.  The Defendant, Michael Maloy, and his company, Empirical Media LLC, entered into a work-for-hire agreement with me to edit my film. As part of this agreement, I provided all raw footage and drives necessary for the editing process.

3.  Despite the terms of our agreement, Defendant Maloy has engaged in actions that constitute bad faith, including:

- **Fraudulent Copyright Registration**: Maloy registered my copyright as his own, which is a clear violation of my intellectual property rights.
- **Interference with International Distribution**: Maloy's actions have resulted in my film being pulled from distribution, causing significant damage to my professional opportunities.

4. Furthermore, the raw footage and drives containing my work have still not been returned by Maloy or Empirical Media LLC. This failure to return my property constitutes conversion, as they are wrongfully retaining my assets without my consent.

5. The actions of the Maloy Defendants have caused me substantial financial hardship, embarrassment, and reputational damage. The impact of their misconduct has severely affected my career and livelihood.

6. On October 7, 2025, Defendant Maloy filed a motion to sever, claiming that Empirical Media LLC is neither directly named nor implicated in any claims. However, this issue was previously addressed in "Maloy Defendant's" motion to dismiss, which Honorable Judge Suddaby denied, affirming the validity of the claims against both Maloy and Empirical Media LLC.

7. The court has repeatedly ordered Maloy to ensure that Empirical Media LLC is represented by a licensed attorney, as stated in ECF 17 and ECF 23. Despite these orders, Maloy has continued to act on behalf of his company in violation of the court's directives.

8. I support the motion for compliance, respectfully requesting that the court order Defendants Maloy and Empirical Media LLC to adhere to previous rulings and cease delaying justice through frivolous or duplicative motions. Failure to comply with the court's orders should result in appropriate consequences.

9. I respectfully urge the court to consider these matters as it evaluates the ongoing issues in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October, 31, 2025.

Signed: _____

April Chandler

3