UNITED STATES DISTRICT COURT

Central District of California

| | |
|---|---|
| APRIL CHANDLER. | Case No. 2:25-cv-08210-MWC |
| Plaintiff | |
| -against- | **Letter Requesting** <br> **To Attend Hearing Remotely** |
| MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA LLC. | |
| Defendants | |

Dear Honorable Judge Williams Court,

I am writing to respectfully request permission for remote attendance at the hearing scheduled for 1:30 PM on Friday, November 7, 2025.

I filed this lawsuit in the Northern District of New York, where I am a citizen, and the majority of witnesses reside approximately 2,700 miles away from the Central District Court in Los Angeles.

As an independent filmmaker, I have faced significant challenges due to the actions of Defendant Michael Maloy, Empirical Media LLC, and Mark Skipper, including their outreach to distributor, Big Media. This has resulted in my latest film project, *Quest For Youth*, being pulled from

international distribution, which has severely impacted my financial situation and adversely affected my other projects and professional reputation.

Additionally, I am a single mother who is solely responsible, both legally and financially, for my children. With two minors in my care, I am unable to leave them unattended, and I do not have family or responsible adults available to assist me, even if financial resources were not a barrier.

Thank you for considering my request for remote attendance at the upcoming hearing. I appreciate your understanding of my circumstances and the impact they have on my ability to participate in this important matter.

Dated: 10/31/2025

                                      Respectfully submitted,

                                      April Chandler
                                      Pro se