UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV25-08210-MWC-PVC | Date | November 6, 2025 |
| Title | April Chandler v. Mark Skipper, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|
| T. Jackson | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE (DKT. 207)**

In light of the Court's Civil Trial Order vacating the November 7, 2025 Scheduling Conference (Dkt. # 210), Plaintiff's request to appear remotely at the Scheduling Conference (Dkt. # 207) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**Initials of Preparer** : TJ