# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK
### 255 EAST TEMPLE STREET, ROOM 180
### LOS ANGELES, CALIFORNIA 90012

———

### OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90
09/10/2025 ZIP 90012
043M31266156



UTE
P.O.



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:25-cv-8210-MWC



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



BC: 9001233299

NIXIE    061    5E    18CU    0210/16/25

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

0060N2891151-00313

Case: 2:25cv8210   Doc: 147

April   Chandler
200 Washington Avenue
#7181
Endicott, NY 13760

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: April Chandler
200 Washington Avenue
#7181
Endicott NY 13760
--Case Participants: Benjamin M. Burdick (ben@burdick.law), Leonard F. Lesser
(llesser@simonlesser.com), Nathaniel Levy (nlevy@simonlesser.com), Magistrate Judge Pedro V.
Castillo (crd_castillo@cacd.uscourts.gov), Judge Michelle Williams Court
(crd_court@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40887838@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-08210-MWC-PVC
April Chandler v. Mark Skipper et al Notice to Parties of Court-Directed ADR Program (ADR-8) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/8/2025 at 5:38 PM PDT and filed on 9/8/2025

| | |
|---|---|
| **Case Name:** | April Chandler v. Mark Skipper et al |
| **Case Number:** | 2:25-cv-08210-MWC-PVC |
| **Filer:** | |
| **Document Number:** | 147 |

**Docket Text:**
**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(mza)**

**2:25-cv-08210-MWC-PVC Notice has been electronically mailed to:**
Nathaniel Levy    nlevy@simonlesser.com
Leonard F. Lesser    llesser@simonlesser.com
Benjamin M. Burdick    ben@burdick.law
**2:25-cv-08210-MWC-PVC Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
April Chandler
200 Washington Avenue
#7181