**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
-R-T-S-   137605091-1N        10/16/25
         RETURN TO SENDER
         UNABLE TO FORWARD
         UNABLE TO FORWARD
         RETURN TO SENDER
```



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 24 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

2:25 - CV-8210- MWC



FILED
CLERK, U.S. DISTRICT COURT
OCT 24 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY



Case: 2:25cv08210   Doc: 154

April Chandler
200 Washington Avenue, No. 7181
Endicott, NY 13760

Case 2:25-cv-08210-MWC-PVC   Document 222   Filed 10/24/25   Page 2 of 3   Page ID #:372

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Michael Maloy
440 North Venice Boulevard
Venice CA 90291
US, April Chandler
200 Washington Avenue, No. 7181
Endicott NY 13760
, Empirical Media LLC
C/O Michael Maloy
440 N. Venice Blvd
Venice CA 90291
US
--Case Participants: Leonard F. Lesser (llesser@simonlesser.com), Nathaniel Levy (nlevy@simonlesser.com), Magistrate Judge Pedro V. Castillo (crd_castillo@cacd.uscourts.gov), Judge Michelle Williams Court (crd_court@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40978660@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-08210-MWC-PVC April Chandler v. Mark Skipper et al Initial Order Setting R26 Scheduling Conference - form only
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/23/2025 at 9:25 AM PDT and filed on 9/23/2025

| | |
|---|---|
| **Case Name:** | April Chandler v. Mark Skipper et al |
| **Case Number:** | 2:25-cv-08210-MWC-PVC |
| **Filer:** | |
| **Document Number:** | 154 |

**Docket Text:**
ORDER SETTING SCHEDULING CONFERENCE by Judge Michelle Williams Court. Rule 26 Meeting Report due by 10/17/2025. Scheduling Conference set for 10/31/2025 at 01:30 PM before Judge Michelle Williams Court. (tj)