## UNITED STATES DISTRICT COURT

### Central District of California



|  |  |
|---|---|
| APRIL CHANDLER. ) | Case No. 2:25-cv-08210 |
| ) | |
| Plaintiff ) | |
| ) | |
| -against- ) | |
| ) | **LETTER** |
| ) | |
| MARK SKIPPER AKA SKIP ARCHIMEDES, ) | |
| MICHAEL MALOY, EMPIRICAL MEDIA. ) | |
| ) | |
| Defendants ) | |

Dear Honorable Judge Williams Court,

I am writing to bring to the Court's attention an issue regarding the non-service of Defendant Michael Maloy's motion to dismiss, which is scheduled to be heard on February 20, 2026.

While Maloy sent an email on December 19, 2025, indicating his intent to file the motion, he did not serve me with the actual motion to dismiss as required by the Federal Rules of Civil Procedure. The vague and convoluted language in his declaration, page 9, **ECF 233**, may cause confusion regarding his claims about the service of the motion to dismiss, as it fails to clearly specify that he served me with the motion and merely references the notice of motion sent to my email address. Given the history, I believe the Defendant's failure to serve me with this motion, along with his ambiguous language, appears to be a deliberate attempt to obfuscate the process.

I only received the motion to dismiss on 01/07/2026 when it was entered on the docket, leaving me with a limited time frame to prepare my response before the scheduled hearing. Given the importance of this matter and the procedural fairness to both parties, I respectfully request that the Court set a date allowing me sufficient time to respond to this motion adequately.

I believe this situation reflects a pattern of gamesmanship on Maloy's part, complicating the process for me as the plaintiff and potentially undermining the fairness of these proceedings.

Thank you for your attention to this matter. I appreciate your consideration of my request for time to respond to the Defendant's motion to dismiss, given the failure by Defendant to properly serve the motion.

Signed: _____

Plaintiff

Date: 01/07/2026