UNITED STATES DISTRICT COURT

Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
1/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY    MRV    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

| | |
|---|---|
| APRIL CHANDLER.<br><br>　　　　　　Plaintiff<br><br>　　-against-<br><br><br>MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA.<br><br>　　　　　　Defendants | Case No. 2:25-cv-08210<br><br><br>**MOTION TO STRIKE** |

**MOTION TO STRIKE OR REQUEST FOR TIMELINE FOR RESPONSE**

The Plaintiff is filing a motion to strike or, alternatively, to request a timeline for responding to Defendant Michael Maloy's Motion to Dismiss, set for hearing on February 20, 2026. This motion highlights a significant issue concerning the non-service of the motion.

While Maloy sent an email on December 19, 2025, indicating his intent to file the motion, he did not serve Plaintiff with the actual motion as required by the Federal Rules of Civil Procedure. The vague and convoluted language in his declaration, page 9, **ECF 233**, may create confusion regarding his claims about service, as it does not explicitly state that he served the Plaintiff with the motion. Instead, it only references the notice of motion sent to the Plaintiff's email address, and there is no certificate of service filed.

1

Plaintiff only received the Motion to Dismiss on January 7, 2026, when it was entered on the docket. This lack of service hinders Plaintiff's ability to respond adequately before the scheduled hearing. Therefore, Plaintiff respectfully requests that the Court strike Maloy's Motion to Dismiss due to non-service. If the Court prefers not to strike the motion, Plaintiff requests that the Court acknowledge the non-service and establish a timeline for Plaintiff's response.

This situation appears to reflect a pattern of gamesmanship on Maloy's part, complicating the process for the Plaintiff and potentially undermining the fairness of these proceedings.

Respectfully submitted,

Signed: _____

Plaintiff

Date: 01/07/2026