# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER<br><br>Plaintiff(s),<br><br>v.<br><br>MARK SKIPPER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–08210–MWC–PVC<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __01/08/2026__ | __236__ | __Letter__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

No action will be taken on the Letter.



DATED: January 14, 2026           /s/ *Michelle Williams Court*
                                  United States District Judge

G–112B (07/24)   **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**