UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-08210-MWC-PVC                           Date: February 3, 2026

Title:    April Chandler v. Mark Skipper *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) Order DENYING WITHOUT PREJUDICE Request for Entry of Default (Dkt. 252)**

On January 22, 2026, Plaintiff April Chandler ("Plaintiff") requested the Clerk of Court enter default against Empirical Media LLC.  *See* Dkt. # 252.  In order for the court to enter default, the plaintiff must show that the defendant was properly served.  *See DFSB Kollective Co. v. Bourne*, 897 F. Supp. 2d 871, 878 (N.D. Cal. 2012).  "[A] party, like Plaintiff, may not personally serve the summons and copy of complaint on Defendants."  *Martin v. Patel*, No. 17-CV-916 JLS (WVG), 2018 WL 2717848, at *12 (S.D. Cal. June 6, 2018) (citing Fed. R. Civ. P. 4(c)(2)).  Plaintiff represents that she personally served Empirical Media LLC, which is improper.  Even if this deficiency were not at issue, Plaintiff's service by mail lacks the requisite evidence of receipt by Empirical Media LLC.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's request for the clerk to enter default.

**IT IS SO ORDERED.**

:

**Initials of Preparer**   TJ