# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CHANDLER<br><br>Plaintiff(s),<br><br>v.<br><br>MARK SKIPPER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–08210–MWC–PVC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/12/2026

Document No.:   264

Title of Document:   MOTION REQUESTING TO ATTEND HEARING REMOTELY

**ERROR(S) WITH DOCUMENT:**

No proposed order. The motion is no longer on calendar

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 17, 2026          By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**