# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CERTIFICATE OF SERVICE

Case No: 2:25-cv-08210
Date filed: 03/04/2026

Plaintiff:  **APRIL CHANDLER**
Defendants:  **MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA**

I, April Chandler, hereby certify that I am the plaintiff herein and served a copy of the following documents:

**NOTICE OF MOTION TO REQUEST CLERKS ENTRY OF DEFAULT ON EMPIRICAL MEDIA LLC, REQUEST TO ENTER DEFAULT, PLAINTIFF DECLARATION, EXHIBITS, CERTIFICATE OF SERVICE on Defendants:**

1) **Michael Maloy/Empirical Media LLC** at 440 N Venice Blvd, Venice, Los Angeles, California, 90291-4531

2) **Mark Skipper aka Skip Archimedes** at 47 Archdale Close, Kings Lynn, Norfolk, PE330QG, United Kingdom

in a 1st Class postpaid properly addressed envelope under the exclusive care and custody of the United States Post Office by mailing and depositing a true and correct copy of said document at:

USPS 200 Washington Avenue, Endicott, NY 13760 on the following date: 03/04/2026

I certify that the foregoing is true and correct.

Dated: 03/04/2026

Signed: _____
Name: April Chandler