UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-08210-MWC-PVC                                           Date: March 11, 2026

Title:  April Chandler v. Mark Skipper *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
N/A                                                              N/A

**Proceedings: (IN CHAMBERS) Order DENYING WITHOUT PREJUDICE Request and Motion for Entry of Default Against Empirical Media LLC (Dkts. [271], [274])**

On January 22, 2026, Plaintiff April Chandler ("Plaintiff") requested the Clerk of Court enter default against Empirical Media LLC. *See* Dkt. # 252. On February 3, 2026, the Court denied that request without prejudice. *See* Dkt. # 261. The Court noted that "Plaintiff's service by mail lacks the requisite evidence of receipt by Empirical Media LLC." *See id.*

On March 4, 2026, Plaintiff filed both a request for the clerk to enter default against Defendant Empirical Media LLC, *see* Dkt. # 271, and a motion for entry of default against Defendant Empirical Media LLC, *see* Dkt. # 274. Both filings reference Dkt. # 267 as proof of service, and the Court identifies that Dkt. # 273 is listed as a "Certificate of Service" on Empirical Media LLC. Neither Dkt. # 267 nor Dkt. # 273 provide evidence of receipt by Empirical Media LLC. Accordingly, the Court cannot enter default.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's request and motion for the clerk to enter default.

Plaintiff is advised that the Court has pro se clinics available to assist persons who represent themselves. The pro se clinic in Los Angeles is administered by a non-profit law firm, Public Counsel, not by the court. Pro se litigants may submit an online application to request services from the Los Angeles Federal Pro Se Clinic on the website, https://prose.cacd.uscourts.gov/los-angeles, or contact Public Counsel directly by phone at (213) 385-2977 or by clicking the link on the website.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-08210-MWC-PVC                                                     Date: March 11, 2026

Title:     April Chandler v. Mark Skipper *et al.*

**IT IS SO ORDERED.**

                                                                                              :
                                                                **Initials of Preparer**   TJ