FILED

CLERK, U.S. DISTRICT COURT

3/27/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

### Central District of California

_____   )
                                         )
APRIL CHANDLER.                          )      Case No. 2:25-cv-08210-MWC
                                         )
                  Plaintiff              )
                                         )
        -against-                        )      **Notice of Motion**
                                         )
                                         )
                                         )
MARK SKIPPER AKA SKIP ARCHIMEDES,        )
MICHAEL MALOY, EMPIRICAL MEDIA LLC.      )
                                         )
                                         )
                  Defendants             )
_____   )

**NOTICE OF MOTION TO STRIKE DEFENDANT MICHAEL MALOY'S**

**COUNTERCLAIMS, OPPOSITION TO DEFENDANT'S REQUEST FOR ENTRY OF**

**DEFAULT AND REQUEST FOR SANCTIONS.**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed affirmation and exhibits, the undersigned will move this United States District Court at the Central District of California, located at First Street U.S. Courthouse, Los Angeles, Courtroom 6A, 6th Floor, on **April 24th, 2026**, at **1.30pm** or as soon thereafter as counsel can be heard, for an order:

1.      To strike Defendant Michael Maloy's counterclaims filed February 23, 2026 (ECF No. 270);

1

2.      To deny Defendant's Request for Entry of Default; and

3.      To impose sanctions on Defendant for repeated willful noncompliance with this Court's orders.

If the Court prefers to decide the motion on the papers without oral argument pursuant to Local Rule 7-15 and Fed. R. Civ. P. 78, Plaintiff respectfully requests that the motion be taken under submission without a hearing.

The motion seeks to:

Strike Defendant Michael Maloy's counterclaims filed on February 23, 2026 (ECF No. 270) as untimely and in direct violation of this Court's December 8, 2025 Order (ECF No. 221);

Deny Defendant Maloy's Request for Entry of Default against Plaintiff (filed on or about March 25, 2026) because the counterclaims are not properly before the Court; and

Impose appropriate sanctions on Defendant Maloy for his repeated willful noncompliance with this Court's orders, including his failure to serve Plaintiff despite this Court's numerous prior warnings against gamesmanship and improper service tactics.

Dated: 03/27/2026

                                        Respectfully submitted,

                                        _____
                                        April Chandler
                                        Pro se