Michael Maloy
*Pro se*



FILED

CLERK, U.S. DISTRICT COURT

4/1/26

CENTRAL DISTRICT OF CALIFORNIA

BY _____ MRV _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| APRIL CHANDLER,<br><br>                  *Plaintiff,*<br><br>       *v.*<br><br>MICHAEL MALOY, et al.,<br><br>                *Defendants.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br>**NOTICE OF ERRATA TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |

Defendant Michael Maloy hereby submits this Notice of Errata to correct a clerical error in his Opposition to Plaintiff's Motion to Strike filed on April 1, 2026.

The Opposition incorrectly references Plaintiff's Motion to Strike as "ECF No. 281." The correct reference is "ECF No. 279."

No other changes are made.

Dated: April 1, 2026

/s/ Michael Maloy
Michael Maloy
Defendant, Pro Se

1