Michael Maloy
*Pro se*



FILED
CLERK, U.S. DISTRICT COURT
04/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| APRIL CHANDLER,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL MALOY, et al.,<br><br>*Defendants.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY AND LOCAL RULE 7-3 NON-COMPLIANCE** |

**NOTICE OF SUPPLEMENTAL AUTHORITY AND LOCAL RULE 7-3 NON-COMPLIANCE**

Defendant Michael Maloy, proceeding pro se, respectfully submits this Notice of Supplemental Authority and Local Rule 7-3 Non-Compliance regarding Plaintiff's Motion to Strike Counterclaims, Opposition to Request for Entry of Default, and Request for Sanctions (ECF No. 279).

Local Rule 7-3 requires that, before filing any motion (except those expressly exempted), "the moving party must confer with the opposing party or parties in a good faith effort to resolve the dispute." Plaintiff's motion combines a motion to strike under FRCP 12(f), an opposition to default under FRCP 55(a), and a request for sanctions under the Court's inherent authority — none of which fall within the narrow exemptions listed in L.R. 7-3(d).

1

2

Plaintiff filed ECF No. 279 without first engaging in any meet-and-confer with Defendant. No certificate of compliance, declaration, or statement appears in Plaintiff's motion, reply, or supporting papers indicating that any conferral attempt was made. Pro se litigants are bound by Local Rule 7-3 to the same extent as represented parties.

Defendant respectfully requests that the Court consider Plaintiff's noncompliance with L.R. 7-3 when ruling on ECF No. 279. This procedural defect is particularly relevant given Plaintiff's repeated accusations of "gamesmanship" and "noncompliance" directed at Defendant.

Dated: April 10, 2026

Respectfully submitted,


/s/ Michael Maloy
Michael Maloy
Defendant, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the EDSS system.

I further certify that all participants in this case are registered CM/ECF users and that service will

be accomplished by the CM/ECF system, which will send electronic notification of such filing to

all parties.

Dated: April 10, 2026

/s/ Michael Maloy
Michael Maloy
Defendant, Pro Se