UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN M. DOMURAD
Clerk

DAN MCALLISTER
Chief Deputy



**FILED**
CLERK, U.S. DISTRICT COURT
5/28/26
CENTRAL DISTRICT OF CALIFORNIA
BY_____CS_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

## NOTICE OF CHANGE OF ADDRESS

CASE NUMBER: 2:25-cv-08210-MWC-PVC

I, April Chandler, have changed my mailing address. Please file this notice in case(s): Chandler vs. Skipper, Maloy and Empirical Media LLC.

My new address is:

200 Washington Avenue, #136

Endicott

New York

13760

Date: 05/27/2026

Name: _____
(signature)