FILED
CLERK, U.S. DISTRICT COURT
8/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

Central District of California

| | |
|---|---|
| APRIL CHANDLER<br><br>Plaintiff<br><br>-against-<br><br>MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA LLC.<br><br>Defendants | Case No. 2:25-cv-08210-MWC |

**DECLARATION OF APRIL CHANDLER IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT**

I, April Chandler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in the above-captioned action, proceeding pro se. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently testify to the matters set forth below.
2. On December 9, 2025, I filed the Third Amended Complaint ("TAC") in this action, pursuant to this Court's Order of December 8, 2025 (Dkt. # 221) granting leave to amend. Dkt. # 228.

3. I caused a process server to personally serve Defendant Mark Skipper aka Skip Archimedes with the Summons and TAC on January 12, 2026, at his residence, 47 Archdale Close, Kings Lynn, Norfolk, PE33 0QG, United Kingdom. A true and correct copy of the proof of service is attached hereto as Exhibit 1 and is being filed concurrently with this Declaration.
4. Defendant's time to answer or otherwise respond to the TAC expired twenty-one (21) days after service, on February 2, 2026.
5. I have reviewed the docket in this action, and as of the date of this Declaration, Defendant has not filed an answer, motion, or any other responsive pleading to the TAC, has not appeared through counsel, and has not otherwise defended this action in any respect.
6. Defendant was previously served with Plaintiff's Amended Complaint on March 20, 2024, and with the Second Amended Complaint on July 18, 2024, and failed to respond to either. The Clerk entered default against Defendant on August 12, 2024, based on that earlier pleading. That default was superseded by the filing of the operative TAC, and I am now renewing my request for entry of default on the current pleading following the service described above.
7. To the best of my knowledge, Defendant is not a minor, is not incompetent, and is not currently in the military service of the United States.
8. I make this Declaration in support of Plaintiff's Application for Clerk's Entry of Default against Defendant Mark Skipper aka Skip Archimedes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2026.

April Chandler

Plaintiff