FILED
CLERK, U.S. DISTRICT COURT
8/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

Central District of California

| | |
|---|---|
| APRIL CHANDLER<br><br>Plaintiff<br><br>-against-<br><br>MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA LLC.<br><br>Defendants | Case No. 2:25-cv-08210-MWC |

# EXHIBIT 1

Proof of Service of the Summons and Third Amended Complaint on Defendant Mark Skipper aka Skip Archimedes, executed January 12, 2026, at his residence, 47 Archdale Close, Kings Lynn, Norfolk, PE33 0QG, United Kingdom.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-206 (GTS/ML

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Mark Skipper

was received by me on *(date)* 01/06/2026 .

☑ I personally served the summons on the individual at *(place)* 47 Archdale Close, Kings Lynn, Norfolk PE33 0QG on *(date)* 01/12/2026 ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify)*:

My fees are $ 250 for travel and $ 0 for services, for a total of $ 250 .

I declare under penalty of perjury that this information is true.

Date: 01/20/2026

TR

*Server's signature*

Tony Robinson, Server

*Printed name and title*

Islington High Street, N1

*Server's address*

Additional information regarding attempted service, etc:

Individual fitting description walked out the front door as I arrived. He accepted papers confirming his name Mark Skipper.