# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

APRIL CHANDLER

Plaintiff(s),

v.

MARK SKIPPER, et al.

Defendant(s).

CASE NUMBER:

2:25−cv−08210−MWC−PVC

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _Mark Skipper_ for the following reason(s):

_ No declaration as required by F.R.Civ.P 55(a)
_ No proof of service/waiver of service on file
_ The name of the person served does not exactly match the person named in complaint
_ Proof of Service is lacking required information
_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
_ Time to respond has not expired
_ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
_ Request for Entry of Default has been forwarded to the assigned Judge
_ Party dismissed from action on
_ Case terminated on
_ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
X Other: The Request for Default has been referred to the Judge for further review and consideration

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

_ No Entry of Default on file
_ No declaration as required by F.R.Civ.P 55(b)
_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
_ Amount sought is not for a sum certain or cannot be computed to a sum certain
_ Attorney Fees sought not in compliance with Local Rule 55−3
_ Amount sought for costs is incorrect
_ Case terminated on
_ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
_ Other:

CLERK, U.S. DISTRICT COURT

Date: September 16, 2026

By: */s/ Yvette Louis*
Deputy Clerk
yvette_louis@cacd.uscourts.gov