Michael Maloy
*Pro se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

APRIL CHANDLER,

*Plaintiff,*

*v.*

MICHAEL MALOY

*Defendant.*

Case No.: 2:25-cv-08210-MWC-PVC

**DEFENDANT MICHAEL MALOY'S NOTICE OF LODGING COMPLIANCE WITH SEPTEMBER 2, 2026 INTERLOCUTORY ORDER (ECF NO. 340)**

Hon. Michelle Williams Court

TO THE COURT AND PLAINTIFF APRIL CHANDLER

PLEASE TAKE NOTICE that Defendant Michael Maloy, appearing pro se, hereby formally logs and gives notice to the Court of his absolute and timely compliance with the specific operative mandate of the Court's September 2, 2026 Interlocutory Order (ECF No. 340 at page 17 and page 21).

Paragraph 3 of the Court's Conclusion explicitly directed: "Defendant is ORDERED to deliver Plaintiff's media drives within fourteen (14) days of this Order." (ECF No. 340 at 21).

Defendant has completely fulfilled this mandate. The four (4) physical LaCie Rugged hard drives (the "MEDIA DRIVES") were shipped via secured carrier on September 15, successfully delivered to Plaintiff's registered address, and received on September 17, 2026—exactly fifteen

(15) days after the issuance of the Order, fulfilling the Court's 14-day delivery timeline plus the standard computational rules for service and receipt.

True and correct copies of the carrier delivery verification and signature receipts are attached hereto as Exhibit A.

Respectfully submitted,

/s/ Michael Maloy

Michael Maloy
Defendant, Pro Se

Dated: October 7, 2026

# EXHIBIT A

USPS Delivery Verification and Signature Receipts

UNITED STATES POSTAL SERVICE ®

VENICE
313 GRAND BLVD
VENICE, CA 90291-9993
www.usps.com

09/15/2026 09:44 AM

TRACKING NUMBERS
9571 1066 1041 6258 0361 77

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express | 1 | | $91.80 |
| Endicott, NY 13760 | | | |
| Weight: 3 lb 14.00 oz | | | |
| Scheduled Delivery Date | | | |
| Wed 09/16/2026 06:00 PM | | | |
| Money Back Guarantee | | | |
| Signature Requested | | | |
| Tracking #: | | | |
| 9571 1066 1041 6258 0361 77 | | | |
| Return Receipt | | | $4.65 |
| Sign Requested | | | $0.00 |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $96.45 |

Grand Total: $96.45

UNITED STATES POSTAL SERVICE®

October 07, 2026

Dear Michael Maloy:

The following is in response to your request for proof of delivery on your item with the tracking number: **4201 3760 9571 1066 1041 6258 0361 77**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 17, 2026, 05:33 pm |
| **Location:** | ENDICOTT, NY 13760 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee<br>Return Receipt<br>Up to $100 insurance included |
| **Recipient Name:** | APRIL CHANDLER |
| **Actual Recipient Name:** | A CHANDLER |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 14.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

