Michael Maloy
*Pro se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CHANDLER,<br><br>*Plaintiff,*<br><br>*v.*<br><br>MICHAEL MALOY,<br><br>*Defendant.* | Case No.: 2:25-cv-08210-MWC-PVC<br><br>**DECLARATION CERTIFYING ARTIFICIAL INTELLIGENCE USE** |

I, MICHAEL MALOY, hereby declare and state as follows:

1. I am the Defendant pro se in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. This Declaration is submitted in compliance with the Court's Civil Standing Order regarding the use of generative artificial intelligence (AI) in court filings.

3. In the preparation of Defendant's Notice of Lodging, generative AI tools were utilized strictly as a supplemental resource for legal research, identifying relevant legal doctrines, and initial case exploration.

4. No portion of the text, legal arguments, or analysis contained in the accompanying filing was automatically generated or pasted directly from an AI output without substantial human rewriting, editing, and independent legal synthesis.

5. Every legal citation, statutory reference, judicial quotation, and factual assertion identified during the AI-assisted research phase has been meticulously and independently reviewed by a human being. Each source has been verified for accuracy, authenticity, and continued validity against official legal databases. No unverified or "hallucinated" citations are included in the filing.

6. I acknowledge and understand that I maintain full professional and personal responsibility for the accuracy, integrity, and compliance of the accompanying filing under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2026, at Los Angeles, California

/s/ Michael Maloy

Michael Maloy
Defendant, Pro Se