UNITED STATES DISTRICT COURT

Central District of California

| | |
|---|---|
| APRIL CHANDLER.<br><br>Plaintiff<br><br>-against-<br><br>MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY, EMPIRICAL MEDIA LLC.<br><br>Defendants | Case No. 2:25-cv-08210-MWC<br><br>**Motion Requesting To Attend Hearing Remotely** |

Plaintiff April Chandler respectfully requests permission to appear remotely at the hearing scheduled for **November 13, 2026, at 1:30 p.m**.

Plaintiff originally filed this action in the Northern District of New York, approximately 2,700 miles from this Court. She is a single mother solely responsible for three children, two of whom are minors, and she has work and caregiving commitments that make additional cross-country travel this month impracticable.

Plaintiff will already incur substantial expense to travel to Los Angeles for the December trial and cannot afford a second trip in November. The short delay in presenting this request is due to Plaintiff's effort to confer with Defendant first. During the parties' conference today, Defendant stated that he does not oppose Plaintiff's request to appear remotely. Plaintiff therefore

respectfully requests that the Court permit her to attend the November 13 hearing by video.

Respectfully submitted,

Dated: November 8, 2026

April Chandler
Pro se